U.S....
WESTERN ...IANA
RECEIVED

SEP 0 9 2008

ROBERT H. ... CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 08-CR-00154-01 |
|---|---|
| -vs- | JUDGE DRELL |
| CORE L. MORRIS | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the Court is the Magistrate Judge's Report and Recommendation suggesting the defendant's motion to dismiss indictment be denied. After conducting an independent, *de novo* review of the record, including the objections and responses filed herein, and concurring with the Magistrate Judge's findings under the applicable law, this Court adopts the Magistrate Judge's Report and Recommendation. Additionally, the Court specifically finds that Defendant Core Morris has not carried his burden of showing the video was either material and exculpatory or potentially useful and not preserved because of bad faith on the part of the government.

IT IS ORDERED that Defendant's motion to dismiss indictment be DENIED.

SIGNED on this 9_ day of September, 2008 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE